IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KA'TORIA GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.2:17-cv-595-ECM-TFM |
| | ) | [wo] |
| KOCH FOODS, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the Parties' Status Report Regarding Pending Motions (Doc. 69) it is

ORDERED that Plaintiff's Motion to Quash Subpoena to Innotex, Inc. (Doc. 56) be DENIED as Moot. It is further

ORDERED that on or before September 11, 2018, the Parties shall file with the Court an Updated Status Report concerning their progress made in resolving the Defendant's Motion for Protective Order (Doc. 65).

DONE this 28th day of August, 2018.

                /s/ Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES MAGISTRATE JUDGE

.