# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| KA'TORIA GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-cv-595-ECM-WC |
| | ) |
| KOCH FOODS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Amend the Court's Uniform Scheduling Order. (Doc. 84). Upon consideration, the motion is **GRANTED** and it is **ORDERED** that the Uniform Scheduling order be and is modified as follows:

An on-the-record pretrial conference is scheduled for January 16, 2020, at 2:00 p.m. in the chambers of the undersigned in the Frank M. Johnson, Jr. U.S. Courthouse, Montgomery, Alabama. This cause is set for jury selection and trial during the term of court commencing on March 2, 2020, at 10:00 a.m. in Montgomery, Alabama.

**DONE** this 29th day of November 2018.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE