# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| KA'TORIA GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | |
| ) | 2:17-cv-00595-ECM-SMD |
| KOCH FOODS, INC.; KOCH FOODS OF ) | |
| ALABAMA, LLC; DAVID BIRCHFIELD; ) | |
| and MELISSA MCDICKINSON, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR COURT'S ORDER TO PRODUCE DEPARTMENT OF VETERANS AFFAIRS' DISABILITY RECORDS OF DEFENDANT DAVID BIRCHFIELD

COME NOW Plaintiff, by and through her attorneys, and respectfully requests this Honorable Court enter an Order directing the Department of Veterans Affairs, Tuscaloosa VA Medical Center, to produce certain documents relating to Defendant David Birchfield's disability benefits. In support of this Motion, Plaintiff states as follows:

1. David Birchfield, ("Birchfield") is a Defendant/Counter-Plaintiff in this action. (Doc. 47). Mr. Birchfield testified during his deposition in Fuller v. Koch

1

Foods, Inc., et *al.*, Civil Action No. 2:17-cv-0096-ECM-SMD, that he is a disabled veteran.

2.      Plaintiff is seeking information that is relevant and proportional to Mr. Birchfield's counterclaims against Plaintiff and is in need of his disability records. On September 25, 2018, a Department of Veterans Affairs Request for and Consent to Release of Information was emailed to Birchfield's counsel for signature.  (See Exh. A).

3.      A Qualified HIPAA Protective Order was entered in this action on November 15, 2017. (Doc. 20).   Birchfield objects to providing Plaintiff with a signed Release to obtain his disability records.

4.      The Veteran's Administration will not release the requested documents without a signed Release.

5.      Due to Birchfield's objections and refusal to sign the release requested by the Veterans Administration, Plaintiff has attached hereto a copy of a proposed Order to be submitted with Plaintiff's Rule 45 subpoena and HIPAA Protective Order.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests this Honorable Court enter an Order directing the Department of Veterans Affairs

produce the disability file of Defendant/Counter-Plaintiff David N. Birchfield to Plaintiff's attorneys for the purposes of litigation in this action.

Respectfully submitted this 17th day of January, 2019.

/s/Alicia K. Haynes
Alicia K. Haynes
One of the Attorneys for Plaintiff

**OF COUNSEL:**
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, AL   35226
(205) 879-0377
Fax: (205) 879-3572
Email: akhaynes@haynes-haynes.com

Cynthia Forman Wilkinson
Wilkinson Law Firm PC
215 N. Richard Arrington Jr. Blvd, Suite 301
Birmingham, AL 35203
(205) 250-7866
Fax: (205) 250-7869
Email: wilkinonefile@wilkinsonfirm.net

Heather Newsom Leonard
Heather Leonard PC
2105 Devereux Circle, Suite 111
Birmingham, AL   35243
(205) 977-5421
Fax: (205) 278-1400
Email: heather@heatherleonardpc.com

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon each of the below listed, via email and by placing same in the U. S. Mail, postage prepaid and properly addressed, this ___17th___ day of January, 2019.

Rachel V. Barlotta
Sharonda C. Fancher
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ PC
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, AL   35203
Email: rbarlotta@bakerdonelson.com
        Sfancher@bakerdonelson.com

Marion F. Walker
Fisher Phillips
2323 2nd Avenue North
Birmingham, AL 35203
Email: mfwalker@fisherphillips.com

Corey Goerdt
Fisher Phillips
1075 Peachtree Street, NE, Suite 3500
Atlanta, GA   30309
Email: cgoerdt@fisherphillips.com