**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| KA'TORIA GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| vs. | ) | |
| | ) | 2:17-cv-00595-ECM-SMD |
| KOCH FOODS, INC.; KOCH FOODS OF | ) | |
| ALABAMA, LLC; DAVID BIRCHFIELD; | ) | **JURY TRIAL** |
| and MELISSA MCDICKINSON, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO AMEND THE COURT'S**
**UNIFORM SCHEDULING ORDER (DOC. 101)**

COME NOW the parties and jointly move this Honorable Court to amend its Scheduling Order (Doc. 101) to continue the trial in this matter and all applicable deadlines.

This motion should be granted for the following reasons:

1.    This is an employment discrimination action in which the Plaintiff, Ka'Toria Gray, asserts claims for race discrimination, hostile work environment based upon sex, retaliation, and numerous state law tort claims. Defendants deny this conduct, and Defendants McDickinson and Birchfield have filed counter-claims against Gray alleging defamation and invasion of privacy.

2.     This Court amended the scheduling order (Doc. 101) on January 19, 2019,

setting the following deadlines:

| | |
|---|---|
| Trial | March 2, 2020 (Montgomery) |
| Pretrial Conference | January 16, 2020 at 2:00 p.m. |
| Dispositive Motions | August 28, 2019 |
| Settlement Conference | August 7, 2019 |
| Discovery Deadline | August 7, 2019 |
| Experts from Plaintiff | February 15, 2019 |
| Defendant | 30 days after completion of Plaintiff's deposition[1] |
| Pretrial Filings | January 17, 2019 |

3.     Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure permits the court,

for good cause, to extend deadlines by request of the parties before the original

time or its extension expires.

4.     Good cause exists for amending this Court's Scheduling Order:

a.     This case was initially filed with the claims of Robert Harvey Fuller v.

Koch Foods, Inc. et al, (Case Number 2:17-cv-96-ECM -WC) but was

bifurcated on the motion of Koch Foods. The discovery deadline in

the *Fuller* case has passed and a dispositive motion has been filed.

Because of the time associated with completing discovery in the

---

[1] The deadline was March 15, 2019. However, Defendants' filed an unopposed motion to extent this deadline to 30 days after Plaintiff's deposition which was granted.

*Fuller* case, as well as post-discovery Motions and discovery, the parties could not begin depositions in the Gray case in 2018.

b.    In 2019, this Court set another matter involving Koch Foods of Alabama (*Maria Vinson v. Koch Foods of Alabama, LLC*, 2:12-cv-01088-ECM-SRW) for trial on February 4, 2019. Counsel for Plaintiff Gray also represented the Plaintiff in that case. Because counsel for the parties were busy preparing for the trial, which lasted a week and half, they could not start depositions in the *Gray* case in January or the first part of February of 2019.

c.    In February and March of 2019, counsel for Plaintiff Gray was occupied with depositions in yet another case against the Koch Defendants pending in the Northern District of Alabama which has an April 1st discovery deadline (*Shawn Collins v. Koch Foods of Alabama et al*). Counsel for Defendants repeatedly asked Plaintiff's counsel for deposition dates for the parties, but did not receive any response. (Emails from Rachel Barlotta and Marion Walker to Plaintiff's counsel, filed as **Exhibit A**). Accordingly, Defendants unilaterally noticed Plaintiff Gray's deposition for **March 20, 2019**. (Notice of Plaintiff's Deposition, filed as **Exhibit B**).

d.    On March 18, 2019, Plaintiff notified Defendants that she could not

appear for her March 20th deposition because she could not get permission from her job to take the day off and needed at least 30 days' advance notice. (Email from Alicia Haynes, filed as **Exhibit C**).

e.   Lead counsel for Koch Defendants, Rachel Barlotta, diligently tried to schedule party depositions for February or March, prior to her impending maternity leave.

f.   Lead counsel for Koch Defendants is the only attorney representing the Koch entities who has been involved in this case from its inception and has primarily handled all discovery to date.

g.   She needs to be present for all party depositions so as not to prejudice her clients.

h.   She will be on maternity leave starting around April 1st and will not return to work until the end of June.

i.   As such, the Parties cannot begin depositions until late June or early July of 2019.

j.   The Parties cannot feasibly complete all party and third party depositions and any necessary follow-up discovery in a single month between July and the current discovery deadline of August 7th. Specifically, there are a large number of non-party witnesses (some of whom are out of state) who will be deposed in this case in addition to

the depositions of the parties.

k.     Because of key deadlines and trial dates in other pending matters before this Court involving counsel for the Parties in this case, including, *Fuller v. Koch Foods, Inc.*, et al, 2:17-cv-00096-ECM-SMD, which is set for trial in October of 2019, and *Jenkins v. Koch Foods, Inc. et al*, 2:17-cv-00364-ECM-WC, which has a discovery deadline of October 21, 2019 and dispositive motion deadline of November 11, 2019 and trial date in July of 2020, the Gray trial date needs to be continued until the fall of 2020 and all other pre-trial deadlines extended to be commensurate with the new trial date.

5.     The parties request that this Court enter an amended scheduling order to reflect the following dates:

| | |
|---|---|
| Trial | November 2, 2020 (Montgomery) |
| Pretrial Conference | October 2020 |
| Dispositive Motions | May 4, 2020 |
| Settlement Conference | April 6, 2020 |
| Discovery Deadline | April 6, 2020 |
| Pretrial Filings | September 18, 2020 |

6.     **Consent to Electronic Signature.**

Counsel for the Plaintiff have given Rachel Barlotta permission to electronically sign their names on their behalf and file this document.

Submitted March 20, 2019 by:

ATTORNEYS FOR DEFENDANTS
KOCH FOODS, INC. and KOCH FOODS
OF ALABAMA, LLC:

/s Rachael V. Barlotta
Rachael V. Barlotta
Sharonda C. Fancher
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wells Fargo Tower
420 North 20th Street, Suite 1400
Birmingham, AL 35203
Tel:   (205) 328-0480
Fax:   (205) 322-8007
Email:   rbarlotta@bakerdonelson.com
            sfancher@bakerdonelson.com

ATTORNEY FOR DEFENDANTS DAVID
BIRCHFIELD AND MELISSA
MCDICKINSON:

/s Marion F. Walker with permission
Marion F. Walker
FISHER PHILLIPS, LLP
2323 2nd Avenue North
Birmingham, AL 35203
Tel:   (205) 327-8354
Fax:   (205) 718-7607
Email:   mfwalker@laborlawyers.com

/s/ Corey J. Goerdt
Corey Goerdt

FISHER Phillips, LLP
1075 Peachtree Street NE, Suite 3500
Atlanta, GA 30309
Tel:   (404) 240-4212
Fax:   (404) 240-4249
Email: cjgoerdt@fisherphillips.com


ATTORNEYS FOR PLAINTIFF:

/s Heather Newsom Leonard w/ permission
Heather Newsom Leonard
HEATHER LEONARD, P.C.
2105 Devereux Circle, Suite 111
Birmingham, AL 35243
Tel: (205) 977-5421
Fax: (205) 278-1400
Email: Heather@HeatherLeonardPC.com


/s Cynthia Forman Wilkinson
Cynthia Forman Wilkinson
WILKINSON LAW FIRM, PC
215 N. Richard Arrington Jr. Blvd.
Ste. 200
Birmingham, Alabama 35203
Tel: (205) 250-7866
Fax:(205) 250-7869
Email: wilkinsonefile@wilkinsonfirm.net


/s Alicia K. Haynes
Alicia K. Haynes
Charles E. Guerrier
HAYNES & HAYNES, P.C.
1600 Woodmere Drive
Birmingham, AL 35226
Tel.:   (205) 879-0377
Fax:   (205) 897-3572
Email: akhaynes@haynes-haynes.com
           ceguerrier@haynes-haynes.com