# EXHIBIT A

# Walton, Leslie

| | |
|---|---|
| **From:** | Barlotta, Rachel |
| **Sent:** | Wednesday, March 20, 2019 11:49 AM |
| **To:** | Walton, Leslie |
| **Subject:** | FW: Gray v. Koch Foods - Party Depositions |

---

**From:** Marion Walker [mailto:mfw@mfwalkerlawgroup.com]
**Sent:** Friday, March 01, 2019 1:17 PM
**To:** Barlotta, Rachel; Heather Leonard; Fancher, Sharonda; Alicia Haynes (akhaynes@haynes-haynes.com); Cynthia Wilkinson (cwilkinson@wilkinsonfirm.net)
**Cc:** Chorlette Davis; lcwhitman@haynes-haynes.com; Victoria Vaughan; Abby Whitson; Cook, Michele
**Subject:** RE: Gray v. Koch Foods - Party Depositions

I can be available these times as well.

In the meantime, please look at the week of March 18th for a date for Ms. Gray's deposition.

Many thanks,
Marion



**Marion F. Walker**
**Attorney at Law**
Fisher Phillips
2323 2nd Avenue North | Birmingham, AL 35203
mfwalker@fisherphillips.com | O: (205) 327-8354 | F: (205) 718-7607

vCard | Bio | Website    *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Barlotta, Rachel [mailto:rbarlotta@bakerdonelson.com]
**Sent:** Friday, March 01, 2019 12:43 PM
**To:** Heather Leonard; Marion Walker; Fancher, Sharonda; Alicia Haynes (akhaynes@haynes-haynes.com); Cynthia Wilkinson (cwilkinson@wilkinsonfirm.net)
**Cc:** Chorlette Davis; lcwhitman@haynes-haynes.com; Victoria Vaughan; Abby Whitson; Cook, Michele
**Subject:** RE: Gray v. Koch Foods - Party Depositions

All,

The discussion seems to have died before we were able to confirm a date and time. Is there a time on Monday or Tuesday of next week that would work for everyone?
I can be available on Monday any time between 12 noon -5:30pm. On Tuesday, I am available between 10-11:30 and then 1:00-4:00.

# Rachel V. Barlotta
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

1

420 20th Street North
Suite 1400
Birmingham, AL 35203

Phone: 205.244.3822
Fax:    205.488.3822
rbarlotta@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, Tennessee,
Texas, Virginia and Washington, D.C.

---

**From:** Heather Leonard [mailto:Heather@HeatherLeonardPC.com]
**Sent:** Thursday, February 28, 2019 11:54 AM
**To:** Marion Walker; Fancher, Sharonda; Alicia Haynes (akhaynes@haynes-haynes.com); Cynthia Wilkinson (cwilkinson@wilkinsonfirm.net)
**Cc:** Barlotta, Rachel; Chorlette Davis; lcwhitman@haynes-haynes.com; Victoria Vaughan; Abby Whitson
**Subject:** RE: Gray v. Koch Foods - Party Depositions

Marion:

I am not available tomorrow due to a deposition conflict.  Both Cynthia and Alicia have deposition conflicts tomorrow.  We have not heard from Rachel and Sharonda.

Let's find a time **everyone** is available next week on Tuesday- Friday after 4:30.  Once **everyone** has responded to this email, we will set that time.

Heather

---

**From:** Marion Walker <mfw@mfwalkerlawgroup.com>
**Sent:** Thursday, February 28, 2019 11:51 AM
**To:** Heather Leonard <Heather@HeatherLeonardPC.com>; Fancher, Sharonda <sfancher@bakerdonelson.com>; Alicia Haynes (akhaynes@haynes-haynes.com) <akhaynes@haynes-haynes.com>; Cynthia Wilkinson (cwilkinson@wilkinsonfirm.net) <cwilkinson@wilkinsonfirm.net>
**Cc:** Barlotta, Rachel <rbarlotta@bakerdonelson.com>; Chorlette Davis <wilkinsonefile@wilkinsonfirm.net>; lcwhitman@haynes-haynes.com; Victoria Vaughan <assist@mfwalkerlawgroup.com>; Abby Whitson <reception@HeatherLeonardPC.com>
**Subject:** RE: Gray v. Koch Foods - Party Depositions

Heather, I think we need to move more quickly.
What if we talk tomorrow at 4:30?
If that does not work, I will make Tuesday at 4:30 work.
Do hope all can join b/c we must get moving!



**Marion F. Walker**
**Attorney at Law**
Fisher Phillips
2323 2nd Avenue North | Birmingham, AL 35203

2

mfwalker@fisherphillips.com | O: (205) 327-8354 | F: (205) 718-7607

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Heather Leonard [mailto:Heather@HeatherLeonardPC.com]
**Sent:** Thursday, February 28, 2019 11:48 AM
**To:** Marion Walker; Fancher, Sharonda; Alicia Haynes (akhaynes@haynes-haynes.com); Cynthia Wilkinson (cwilkinson@wilkinsonfirm.net)
**Cc:** Barlotta, Rachel; Chorlette Davis; lcwhitman@haynes-haynes.com; Victoria Vaughan; Abby Whitson
**Subject:** RE: Gray v. Koch Foods - Party Depositions

Monday March 4 conflicts with the Alabama Bar L&E Section Board Meeting. It usually goes about an hour. Both Alicia and I are on the board need to participate in that call. How about Tues – Friday at 4:30?

---

**From:** Marion Walker <mfw@mfwalkerlawgroup.com>
**Sent:** Thursday, February 28, 2019 11:41 AM
**To:** Heather Leonard <Heather@HeatherLeonardPC.com>; Fancher, Sharonda <sfancher@bakerdonelson.com>; Alicia Haynes (akhaynes@haynes-haynes.com) <akhaynes@haynes-haynes.com>; Cynthia Wilkinson (cwilkinson@wilkinsonfirm.net) <cwilkinson@wilkinsonfirm.net>
**Cc:** Barlotta, Rachel <rbarlotta@bakerdonelson.com>; Chorlette Davis <wilkinsonefile@wilkinsonfirm.net>; lcwhitman@haynes-haynes.com; Victoria Vaughan <assist@mfwalkerlawgroup.com>; Abby Whitson <reception@HeatherLeonardPC.com>
**Subject:** RE: Gray v. Koch Foods - Party Depositions

Good plan.
Will everyone who needs to be on the call plan for 4 p.m. Monday, March 4th?
We need to at least get the depositions of the parties set up pronto.

Best,
Marion



**Marion F. Walker**
**Attorney at Law**
Fisher Phillips
2323 2nd Avenue North | Birmingham, AL 35203
mfwalker@fisherphillips.com | O: (205) 327-8354 | F: (205) 718-7607

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Heather Leonard [mailto:Heather@HeatherLeonardPC.com]
**Sent:** Thursday, February 28, 2019 11:38 AM
**To:** Fancher, Sharonda; Alicia Haynes (akhaynes@haynes-haynes.com); Cynthia Wilkinson (cwilkinson@wilkinsonfirm.net)
**Cc:** Barlotta, Rachel; Marion Walker; Chorlette Davis; lcwhitman@haynes-haynes.com; Victoria Vaughan; Abby Whitson
**Subject:** RE: Gray v. Koch Foods - Party Depositions

No opposition.

Let's set up a scheduling call to lock down all the parties' depositions (Gray, Defendant/Counter-Plaintiff Birchfield, Defendant/Counter-Plaintiff McDickinson, and 30(b)(6) for Koch Foods) as well as fact witnesses.  For the call, we can all have our calendars and our respective clients' availability so that we can set firm dates at that time for all the depositions. At least 24- hours prior to the call, we request that Defendants/Counter-Plaintiffs identify the non-party witnesses they wish to depose and we will do the same.

Please advise when counsel for the Defendant has availability in the late afternoon next week for us to set up a conference call.

Heather

**From:** Fancher, Sharonda <sfancher@bakerdonelson.com>
**Sent:** Thursday, February 28, 2019 11:30 AM
**To:** Alicia Haynes (akhaynes@haynes-haynes.com) <akhaynes@haynes-haynes.com>; Cynthia Wilkinson (cwilkinson@wilkinsonfirm.net) <cwilkinson@wilkinsonfirm.net>; Heather Leonard <Heather@HeatherLeonardPC.com>
**Cc:** Barlotta, Rachel <rbarlotta@bakerdonelson.com>; mfw@mfwalkerlawgroup.com; Chorlette Davis <wilkinsonefile@wilkinsonfirm.net>; lcwhitman@haynes-haynes.com; assist@mfwalkerlawgroup.com; Abby Whitson <reception@HeatherLeonardPC.com>
**Subject:** Gray v. Koch Foods - Party Depositions

All,

We'd asked for dates in March for Ms. Gray's deposition, but haven't heard back. Defendant's expert disclosure deadline is March 15th. As it appears we will not have taken Ms. Gray's deposition prior to that date, we will need to continue our expert disclosure deadline. Do you all oppose a continuance of the deadline to 30 days after the plaintiff's deposition?

**Sharonda Childs Fancher**
Associate
Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC
Wells Fargo Tower
420 Twentieth Street North
Suite 1400
Birmingham, Alabama 35203
Direct: 205-244-3837
Fax: 205-488-3837
Email: sfancher@bakerdonelson.com
www.bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices in
Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina Tennessee, Texas, and Washington, D.C.

**Baker Donelson – Proud to be one of FORTUNE's "100 Best Companies to Work For®" Eight Years in a Row!**

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have

received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

# Walton, Leslie

| | |
|---|---|
| **From:** | Barlotta, Rachel |
| **Sent:** | Wednesday, March 20, 2019 11:47 AM |
| **To:** | Walton, Leslie |
| **Subject:** | FW: Gray v. Koch Foods - Party Depositions |

**From:** Barlotta, Rachel
**Sent:** Wednesday, January 30, 2019 9:29 PM
**To:** 'Linda Whitman'; 'mfwalker@fisherphillips.com'; Fancher, Sharonda; 'cgoerdt@fisherphillips.com'
**Cc:** 'Alicia Haynes'; 'Cynthia Wilkinson'; 'Heather Leonard'; 'Chorlette Davis'; 'Victoria Vaughan'; 'Cindy Cardwell (assistant@HeatherLeonardPC.com)'; 'Abby Whitson'; Cook, Michele
**Subject:** Gray v. Koch Foods - Party Depositions

All,

Please provide some dates in March for Ms. Gray's deposition.

# Rachel V. Barlotta

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 20th Street North
Suite 1400
Birmingham, AL 35203

Phone: 205.244.3822
Fax:    205.488.3822
rbarlotta@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, Tennessee,
Texas, Virginia and Washington, D.C.

**Baker Donelson – Proud to be one of FORTUNE's "100 Best Companies to Work For®" Nine Years in a Row!**