# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| KA'TORIA GRAY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO.: 2:17-cv-00595-ECM-SMD |
| v. ) | |
| ) | |
| KOCH FOODS, INC.; ) | |
| KOCH FOODS OF ALABAMA, LLC; ) | |
| DAVID BIRCHFIELD; and ) | |
| MELISSA MCDICKINSON, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS DAVID BIRCHFIELD AND MELISSA MCDICKINSON'S NOTICE OF TAKING VIDEO DEPOSITION

PLEASE TAKE NOTICE that pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, Defendants David Birchfield and Melissa McDickinson will take the deposition, by testimony upon oral examination for the purpose of discovery or for use as evidence in this cause, or for both purposes, of Ka'Toria Gray before a court reporter, notary public, or other official authorized to administer oaths and take depositions. This deposition will be recorded by video and/or stenographic means and will take place at the date, time, and located indicated below.

DEPONENT:  Ka'Toria Gray

DATE:  **March 20, 2019**

TIME:  9:00 A.M.

PLACE:  Fisher Phillips LLP
2323 2nd Avenue North
Birmingham, Alabama  35203

The examination will continue from day to day until completed.  You are invited to attend and cross-examine.

    */s/ Marion F. Walker*
Marion F. Walker
ASB-0734-L73M
Fisher Phillips LLP – Of Counsel
2323 2nd Avenue North
Birmingham, AL 35203
Email: mfwalker@fisherphillips.com
Telephone: (205) 327-8354
Facsimile: (205) 718-7607

Corey Goerdt
Ga. Bar No. 437210
1075 Peachtree Street, NE, Suite 3500
Atlanta, Georgia 30309
cgoerdt@fisherphillips.com
Telephone (404) 231-1400
Facsimile (404) 240-4249

*Counsel for Defendants Melissa McDickinson and David Birchfield*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 5, 2019, I served **Defendants David Birchfield and Melissa McDickinson's *Notice of Taking of Deposition*** on counsel of record via email, addressed as follows:

| | |
|---|---|
| Heather Newsom Leonard<br>Heather@HeatherLeonardPC.com<br>Heather Leonard, P.C.<br>2105 Devereux Circle, Suite 111<br>Birmingham, AL  35243<br><br>Cynthia Forman Wilkinson<br>cwilkinson@wilkinsonfirm.net<br>Wilkinson Law Firm P.C.<br>215 N. Richard Arrington Jr. Blvd., Suite 301<br>Birmingham, AL  35203<br><br>Alicia Kay Haynes | Rachel V. Barlotta<br>rbarlotta@bakerdonelson.com<br>Sharonda C. Fancher<br>sfancher@bakerdonelson.com<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, P.C.<br>Wells Fargo Tower<br>420 North 20th Street, Suite 1400<br>Birmingham, AL  35203<br><br>*Attorneys for Defendants Koch Foods, Inc. And Koch Foods of Alabama, LLC* |

-3-

| | |
|---|---|
| akhaynes@haynes-haynes.com<br>Haynes & Haynes, PC<br>1600 Woodmere Drive<br>Birmingham, AL  35226<br><br>*Attorneys for Plaintiff* | |

*/s/ Marion F. Walker*
Of Counsel