IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KA'TORIA GRAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KOCH FOODS, INC.; ) <br> KOCH FOODS OF ALABAMA, LLC; ) <br> DAVID BIRCHFIELD; and ) <br> MELISSA MCDICKINSON ) <br> ) <br> Defendants. ) | Civil Action No. <br> 2:17-cv-00595-ECM-SMD |

## **ORDER**

Pending before the Court is a Joint Motion for Protective Order (Doc. 113) filed by Defendants David Birchfield and Melissa McDickinson. In the motion, Defendants request oral argument. (Doc. 113) at 1. For good cause, it is

ORDERED that, on or before April 4, 2019, Plaintiff shall show cause, if any there be, why the motion should not be granted.

DONE this 21st day of March, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE