IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KA'TORIA GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 2:17-cv-00595-ALB-SMD |
| | ) | |
| KOCH FOODS, INC., *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Non-Party Steven Jackson's Motion to Quash Deposition Subpoena (Doc. 135) issued by Defendants Koch Foods, Inc., Koch Foods of Alabama, LLC, David Birchfield, and Melissa McDickinson. Defendants filed a response to the Motion, indicating that they have reached an agreement with Jackson's counsel resolving the issues raised in the Motion. (Doc. 141). Therefore, for good cause, it is

ORDERED that the Motion to Quash Deposition Subpoena (Doc. 135) is DENIED as MOOT.

DONE this 2nd day of August, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE