# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **KA'TORIA GRAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **CASE NO. 2:17-cv-595-ALB** |
| | ) |
| **KOCH FOODS, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter comes before the Court on Defendants Birchfield and McDickinson's Motion to Amend Scheduling Order to Extend Trial Dates. (Doc. 101). Upon consideration, the motion is **GRANTED**, and the scheduling orders in this matter are amended as follows.

**SECTION 1: Trial and Pretrial Dates.** A pretrial conference is scheduled for **September 3, 2020, at 3:30 p.m.** in Courtroom 2E, the Frank M. Johnson, Jr. U. S. Courthouse, Montgomery, Alabama. The parties are DIRECTED to jointly prepare a proposed pretrial order, and the plaintiff shall ensure that the original of the proposed pretrial order is received by the court on or before **August 27, 2020,** by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to propord_brasher@almd.uscourts.gov. For this purpose, the electronic copy should be in Word format and not in Adobe Acrobat PDF format. A sample pretrial order can be found on the Court's website. http://www.almd.uscourts.gov/about/rules-orders-and-procedures.

This cause is set for jury selection and trial during the term of court commencing on **October 19, 2020, at 10:00 a.m.** in **Montgomery**, Alabama.

**Trial Witness Lists.** No later than **August 27, 2020,** each party shall, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, file a list of all its witnesses and provide to all other parties the addresses and telephone numbers of all witnesses, except witnesses to be used solely for impeachment purposes, separately identifying those whom the party expects to present and those whom the party may call if the need arises.  The witness list should include the names of any witnesses required to be disclosed under Section 8.  Unless specifically agreed between the parties or allowed by the court for good cause shown, the parties shall be precluded from calling any witness not so identified.  Objections to any witness identified must be filed no later than **September 10, 2020** before the trial date and shall set out the grounds and legal authority.  The offering party shall file a written response to objections no later than **September 17, 2020**.

**Deposition Designations.** No later than **August 27, 2020,** the parties shall, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, file deposition designations that the parties expect to use at trial.  Designations must be by page and line numbers, based on counsel's good faith opinion that they are relevant and admissible.  Designation of entire depositions is not allowed.  Adverse parties shall within one week thereafter file deposition designations expected to be used in response, and a party shall within three days of the designation of such responsive parts file the designation of any part that is desired as a rebuttal thereto.  Unless specifically agreed between the parties or allowed by the court for good cause shown, the parties shall be precluded from using any part of a deposition or other document not so listed, with the exception of parts of depositions or documents to be used solely for the purpose of impeachment.  Except to the extent written objections are filed **September 10, 2020**, each party shall be deemed to have agreed that one of the conditions for admissibility under Rule 32 of the Federal Rules of Civil Procedure is satisfied with respect to any such deposition and that there is no objection to the testimony so designated.  Objections shall state with particularity the portions objected to, and the objecting party shall attach a copy of the portions to which the objections apply.  The offering party shall file a written response to objections no later than **September 17, 2020.**

**Trial Exhibits.** No later than **August 27, 2020,** the parties shall, pursuant to the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, file exhibit lists and furnish opposing counsel for copying and inspecting all exhibits and tangible evidence to be used at the trial.  <u>Proffering counsel shall have such evidence marked for identification prior to trial.</u>  The list shall identify specifically and separately by exhibit number each document to be offered, and general or bulk designations are not allowed.  Unless specifically agreed between the parties or

allowed by the court for good cause shown, the parties shall be precluded from offering such evidence not so furnished and identified, with the exception of evidence to be used solely for the purpose of impeachment.  <u>Except to the extent written objections are filed, the evidence shall be deemed genuine and admissible in evidence.  Objections shall be filed</u> **September 10, 2020**<u>, and shall set forth the grounds and legal authorities.  The offering party shall file a written response to the objections no later than</u> **September 17, 2020,** <u>and shall include a pre-marked copy of the evidence at issue.</u>

**Voir Dire.**  <u>*If a jury trial*</u>:  The parties shall file any requested voir dire questions, motions in limine fully briefed, and any proposed jury instructions, together with citations of law thereon, on or before 28 days prior to the trial date unless said time is shortened by the court on motion of either party**.**  Objections to motions in limine, fully briefed, must be filed on or before 21 days before the trial date.  Trial counsel are directed to review the jury questionnaire used in this court and to avoid any duplication of matters addressed therein in their voir dire questions.  The jury questionnaire is available on the court's website at http://www.almd.uscourts.gov.  Click on the juror information tab on the left hand side of the home page.

All other nonexpired provisions of the previously entered scheduling orders remain in effect.

**DONE** and **ORDERED** this 14th day of August 2019.

                                                    /s/ Andrew L. Brasher
                                      ANDREW L. BRASHER
                                      UNITED STATES DISTRICT JUDGE