IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KA'TORIA GRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:17-cv-595-RAH |
| | ) |
| KOCH FOODS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **VERDICT DAMAGES FORM**

\*\*\*\*\*

## **COMPENSATORY DAMAGES**

1. How much money, if any, may Ka'Toria Gray recover in total compensatory damages from all Defendants combined?

$ _10,000_

2. What portion of those compensatory damages may be attributed to:

| **Koch Foods of Alabama LLC (Ala-Koch)** | |
|---|---|
| **a. Title VII- Hostile Work Environment (Claim 1)** | $ _N/A_ |

1

| | |
|---|---|
| b. Negligent or Wanton Supervision, Training or Retention of Melissa McDickinson (Claims 8 or 9) | $ _N/A_ |
| c. Negligent or Wanton Supervision, Training or Retention of David Birchfield (Claims 10 or 11) | $ _N/A_ |

### David Birchfield

| | |
|---|---|
| a. Assault and Battery (Claim 2) | $ _5,000_ |
| b. Invasion of Privacy (Claim 4) | $ _N/A_ |
| c. Intentional Infliction of Emotional Distress (Claim 6) | $ _N/A_ |

### Melissa McDickinson

| | |
|---|---|
| a. Assault and Battery (Claim 3) | $ _5,000_ |
| b. Invasion of Privacy (Claim 5) | $ _N/A_ |
| c. Intentional Infliction of Emotional Distress (Claim 7) | $ _N/A_ |

## PUNITIVE DAMAGES

1. How much money, if any, may Ka'Toria Gray recover in total punitive damages from all Defendants combined?

    $ __40,000__

2. What portion of those punitive damages may be attributed to:

| Koch Foods of Alabama LLC (Ala-Koch) | |
|---|---|
| a. Title VII - Hostile Work Environment (Claim 1) | $ _N/A_ |
| b. Wanton Supervision, Training or Retention for Melissa McDickinson (Claim 9) | $ _N/A_ |
| c. Wanton Supervision, Training or Retention for David Birchfield (Claim 11) | $ _N/A_ |
| **David Birchfield** | |
| a. Assault and Battery (Claim 2) | $ _20,000_ |
| b. Invasion of Privacy (Claim 4) | $ _N/A_ |
| c. Intentional Infliction of Emotional Distress (Claim 6) | $ _N/A_ |

3

| Melissa McDickinson | |
|---|---|
| a. Assault and Battery (Claim 3) | $ 20,000 |
| b. Invasion of Privacy (Claim 5) | $ NA |
| c. Intentional Infliction of Emotional Distress (Claim 7) | $ NA |

Done this __15__ day of March, 2022.

_____
Jury Foreperson

4